NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lewis R. Landau, Attorney at Law (SBN 143391)
22287 Mulholland Hwy., # 318
Calabasas, CA 91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com



CLEAR FORM

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason M. Rund, Chapter 7 Trustee <br><br> Plaintiff(s), <br><br> v. <br><br> John C. Kirkland and Poshow Ann Kirkland, Trustee <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:18-cv-8323 DSF <br> ~~2:18-cv-01413-DSF~~ <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Defendants** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Jason M. Rund | Plaintiff |
| Defendants John C. Kirkland and Poshow Ann Kirkland, Trustee | Defendants |

9/25/2018
Date

/s/ Lewis R. Landau
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants