1  **Lewis R. Landau** (SBN 143391)
   **Attorney-at-Law**
2  22287 Mulholland Highway, #318
3  Calabasas, California  91301
   Voice & Fax:  (888) 822-4340
4  *Email: Lew@Landaunet.com*

5  Attorney for Defendants, John C. Kirkland, individually and
6  Poshow Ann Kirkland, solely as Trustee of the Bright
   Conscience Trust Dated September 9, 2009

FILED
CLERK, U.S. DISTRICT COURT

9/25/18

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CP _____ DEPUTY

7
                    **UNITED STATES DISTRICT COURT**
8

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10
                         **LOS ANGELES DIVISION**
11

12                                          2:18-cv-8323 DSF

13  In re,                          Dist. Ct. No. 2:18-cv-01413 DSF

14  EPD Investment Company, LLC and  Bankruptcy Court:
    Jerrold S. Pressman,            Case No.: 2:10-bk-62208-ER (Chapter 7)
                                    Adv. No.: 2:12-ap-02424-ER
15              Debtors.
                                    **NOTICE OF RELATED CASES**
16  ─────────────────────────────
    Jason M. Rund, Chapter 7 Trustee,
17
               Plaintiff,
18
          v.
19
    John C. Kirkland, an individual and
20  Poshow  Ann  Kirkland,  solely  as
    Trustee of the Bright Conscience Trust
21  Dated September 9, 2009,          No Hearing Required

22              Defendants.

23

24

25

26

27

28

─────────────────────────────────────────────
                    NOTICE OF RELATED CASES

1        John C. Kirkland, an individual and Poshow Ann Kirkland, solely as Trustee

2   of the Bright Conscience Trust Dated September 9, 2009 hereby give notice of the

3   following related cases in connection with the Defendants' motion to withdraw the

4   reference [Doc. # 28]:

5   1.     Case No. 2:18-cv-01413 DSF.

6   2.     See attached Plaintiff's Notice of Related Cases filed February 26, 2018.

7

8   September 25, 2018       **LEWIS R. LANDAU**

9            Attorney-at-Law

10

11            By:   */s/ Lewis R. Landau*

12               Lewis R. Landau

13            Attorney for Defendants
     **John C. Kirkland, individually and Poshow Ann**

14   **Kirkland, solely as Trustee of the Bright**

15   **Conscience Trust Dated September 9, 2009**

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STEVEN T. GUBNER – Bar No. 156593
   COREY R. WEBER – Bar No. 205912
2  MICHAEL W. DAVIS – Bar No. 274126
   BRUTZKUS GUBNER
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA  91367
4  Telephone:  (818) 827-9000
   Facsimile:   (818) 827-9099
5  Email:  cweber@bg.law
           mdavis@bg.law
6
   Special Litigation Counsel for
7  Jason M. Rund, Chapter 7 Trustee

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JASON M. RUND, CHAPTER 7 TRUSTEE, | Case No. 2:18−cv−01413−DSF |
| 12 | |
| 13              Plaintiff, | Related Bankruptcy Case No. 2:10-bk-62208-ER |
| 14  vs. | |
| 15 | Related Adversary Case No. 2:12-ap-02424-ER |
| 16  JOHN C. KIRKLAND, an individual, and POSHOW ANN KIRKLAND as | |
| 17  TRUSTEE of the BRIGHT CONSCIENCE TRUST DATED | **PLAINTIFF, CHAPTER 7 TRUSTEE JASON M. RUND'S NOTICE OF RELATED CASES PURSUANT TO L.R. 83-1.3** |
| 18  SEPTEMBER 9, 2009, | |
| 19 | [No Hearing Required] |
| 20              Defendants. | |
| 21 | |

22        Plaintiff, Jason M. Rund, the duly appointed and acting Chapter 7 Trustee

23  ("Trustee") for the bankruptcy estate of consolidated debtors EPD Investment Co.,

24  LLC and Jerrold S. Pressman (the "Debtors"), hereby calls the Court's attention to the

25  following related cases pursuant to L.R. 83-1.3 (each of the related cases has been

26  before the Honorable S. James Otero and/or the Honorable John A. Kronstadt, by

27  virtue of original assignment or judicial transfer following the filing of a notice of

28  related case):

                                 1

**1.**     <u>**The following appeals arose from the pending adversary proceeding, *Rund***</u>
<u>***v. Kirkland, et. al.*, Adv. No. 2:12-ap-02424-ER:**</u>

| District Court Case No. | District Court Case Name | Date of Filing (District Court) | Status |
|---|---|---|---|
| 2:13-cv-08768-SJO (Honorable S. James Otero, presiding) | *John C. Kirkland v. Rund* | 11/26/2013 | Closed: 8/29/14 (District Court affirmed the Bankruptcy Court's order denying motion to compel arbitration— affirmed by the United States Court of Appeals for the Ninth Circuit) |
| Appeal of Order Denying Motion to Compel Arbitration | | | |
| 2:13-cv-09023-SJO (Honorable S. James Otero, presiding) | *Poshow Ann Kirkland v. Rund* | 12/6/2013 | Closed: 4/9/14 (District Court affirmed the Bankruptcy Court's order denying motion to compel arbitration— affirmed by the United States Court of Appeals for the Ninth Circuit) |
| Appeal of Order Denying Motion to Compel Arbitration. | | | |
| 2:13-cv-05536-SJO (Honorable S. James Otero, presiding) | *John C. Kirkland v. Rund* | 7/31/2013 | Closed: 9/24/2013 (motion to withdraw the reference was denied) |
| Motion to withdraw reference to Bankruptcy Court, Motion to Compel Arbitration. | | | |

1918327

**2.** **The following appeals by one or more of the Defendants arose from the Debtors' consolidated bankruptcy case, Bankruptcy Court Case No. 2:10-bk-62208-ER:**

| District Court Case No. | District Court Case Name | Date of Filing (District Court) | Status |
|---|---|---|---|
| 2:13-cv-08910-SJO (Honorable S. James Otero, presiding) | *Poshow Ann Kirkland v. Rund* | 12/3/2013 | Closed: 3/17/2014 (appeal was dismissed for lack of standing) |
| Appeal of Order Granting Motion for Approval of Compromise. | | | |
| 2:13-cv-08938-SJO (Honorable S. James Otero, presiding) | *Powshow Ann Kirkland v. Rund* | 12/4/2013 | Closed: 6/11/14 (appeal was dismissed for lack of standing) |
| Appeal of order Granting Motion for Approval of Compromise. | | | |
| 2:14-cv-01288-JAK (Hon. John A. Kronstadt, presiding) | *Poshow Ann Kirkland v. Rund* | 2/20/2014 | Closed: 12/22/14 (Poshow Kirkland's motion for leave to file interlocutory appeal was denied—see Docket No. 34) |
| Appeal of interim fee award. | | | |
| 2:14-cv-01845-JAK (Hon. John A. Kronstadt, presiding) | *John C. Kirkland and Poshow Ann Kirkland v. Rund* | 3/12/2014 | Closed: 6/30/14 (consolidated with Case No. 2:14-cv-01288-JAK) |
| Appeal of interim fee award | | | |
| 2:14-cv-08371-JAK (Hon. John A. Kronstadt, | *Poshow Ann Kirkland v. Rund* | 10/29/2014 | Closed: 1/24/15 (appeal was voluntarily |

3

1918327

| | | | |
|---|---|---|---|
| presiding) | | | dismissed by appellant Poshow Kirkland—see Docket No. 10) |

Appeal of order for payment of previously allowed but unpaid fees

| | | | |
|---|---|---|---|
| 2:18-cv-00098-JAK (Honorable John A. Kronstadt, presiding) | *Poshow Ann Kirkland v. Rund* | 1/14/2018 | Closed: 2/05/2018 (Voluntary dismissal—see Docket No. 12) |

Appeal of order for payment of previously allowed but unpaid fees.

**3.** **The following appeals arose from the Debtors' consolidated bankruptcy case, Bankruptcy Court Case No. 2:10-bk-62208-ER, but involve different appellants in the appeals:**

| District Court Case No. | District Court Case Name | Date of Filing (District Court) | Status |
|---|---|---|---|
| 2:13-cv-03320-SJO (Honorable S. James Otero, presiding) | *Zaballos Munoz-Flores, et al. v. Rund* | 5/9/2013 | Closed: 6/10/2013 (motion to withdraw the reference was denied) |

Motion to withdraw reference to Bankruptcy Court.

| | | | |
|---|---|---|---|
| 2:13-cv-07852-SJO (Honorable S. James Otero, presiding) | *Geringer v. Rund* | 10/24/2013 | Closed: 4/23/14 (appeal was dismissed for failure to prosecute) |

Appeal of Judgment finding Geringer in Contempt of Court

| | | | |
|---|---|---|---|
| 2:14-cv-00553-SJO (Honorable S. James Otero, presiding) | *Geringer v. Rund* | 1/23/2014 | Closed: 4/23/14 (appeal dismissed for failure to prosecute) |

Appeal of Judgment finding Geringer in Contempt of Court.

4

| | | | |
|---|---|---|---|
| 2:14-cv-00541-SJO | *Geringer v. Rund* | 1/23/2014 | Closed: 4/23/14 |
| (Honorable S. James Otero, presiding) | | | (appeal dismissed for failure to prosecute) |

Appeal of Judgment finding Geringer in Contempt of Court.

DATED:  February 26, 2018               BRUTZKUS GUBNER

By: /s/ Corey R. Weber
     COREY R. WEBER
     MICHAEL. DAVIS
     Special Litigation Counsel for Plaintiff,
     Jason M. Rund, Chapter 7 Trustee

5

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Lewis R. Landau, Attorney at Law (SBN 143391)
22287 Mulholland Hwy., #318
Calabasas, CA 91302
Voice & Fax: (888)822-4340
Lew@Landaunet.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rund, Trustee

**PLAINTIFF(S),**

v.

Kirkland et al.

**DEFENDANT(S).**

**CASE NUMBER**

2:18-cv-01413-DSF

## PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles _____, State of California, and not a party to the above-entitled cause.  On September 25 _____, 20 18 _____, I served a true copy of Notice of Related Cases _____
by ~~personally~~ delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by ~~depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:~~ ~~(list names and addresses for person(s) served.  Attach additional pages if necessary.)~~
ECF Delivery-See Attached NEF List

~~Place of Mailing~~: _____

Executed on 9/25 _____, 20 18 _____ at Los Angeles _____, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Lewis R. Landau
_____
**Signature of Person Making Service**

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
**Signature**                                    **Party Served**

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

**NEF Service List 9/25/18:**

Corey Ryan Weber     cweber@brutzkusgubner.com, ecf@brutzkusgubner.com

Larry Wayne Gabriel     lgabriel@brutzkusgubner.com, ecf@ebg-law.com

Lewis Raymond Landau     lew@landaunet.com

Michael Wolfe Davis     mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com